UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME LENORDA POWELL, II,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, et al,<br><br>Defendant. | CASE NO. 2:22-cv-01157-JLR-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 7th day of November, 2022.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1